

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LORENZO LOPEZ, | § | No. 08-17-00033-CR |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | County Court at Law No. 7 |
| THE STATE OF TEXAS, | § | |
| | | of El Paso County, Texas |
| Appellee. | § | |
| | | (TC#20150C06037) |
| | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the conviction and remand the cause for new trial, in accordance with the opinion of the Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF MAY, 2019.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.